UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:15-cv-80521-DMM

JEAN PAVLOV, individually and as Personal
Representative of the Estate of MATTHEW
POLLOW, deceased, for the benefit of Jean
Pavlov, surviving parent, and the Estate of
MATTHEW POLLOW,

                Plaintiff,

v.

RIC L. BRADSHAW, in his official capacity as
Sheriff of Palm Beach County, Florida; and
Deputy EVAN ROSENTHAL, in his individual
capacity,

                Defendants.

_____/

## PLAINTIFF'S WITNESS LIST

      Plaintiff, by and through her undersigned counsel, in accordance with F. R. C. P.

26(a)(3), pursuant to the Court's Order on Motion to Extend Deadline for Plaintiff's Expert

Witness Disclosures dated August 20, 2015 [DE 36], hereby files her Witness List as follows:

| **RETAINED EXPERTS** | **TESTIFY TO:** |
| --- | --- |
| 1.  Geoffrey P. Alpert, Ph.D.<br>Dept. of Criminology and Criminal Justice<br>1305 Greene Street<br>University of South Carolina<br>Columbia, SC 29208 | Dr. Alpert is expected to offer testimony regarding the opinions contained within his expert report. |
| 2.  Vincent J. M. Di Maio, MD<br>10 Carriage Hills<br>San Antonio, TX 78257 | Dr. Di Maio is expected to offer testimony regarding the opinions contained within his expert report. |
|     William Robert Sawyer, Ph.D. | Dr. Sawyer is expected to offer testimony |

<table>
<tr><td>

3.    Toxicology Consultants & Assessment
Specialists, LLC
6450 Pine Avenue
Sanibel, Florida 33957

</td><td>

regarding the opinions contained within his expert report.

</td></tr>
</table>

| **NON-RETAINED EXPERTS** | **TESTIFY TO:** |
|---|---|
| 1.   Gertrude M. Juste, M.D.<br>Office of the District Medical Examiner<br>3126 Gun Club Road<br>West Palm Beach, FL 33406 | Dr. Juste is expected to testify regarding Matthew Pollow's injuries; details of physical examinations; treatment rendered to Matthew Pollow; review of all tests, scans, and x-rays rendered; and any other matters discussed in her deposition. |
| 2.   Charles R. Norris, Jr., M.D.<br>7301-A West Palmetto Park Road<br>Suite 106 C<br>Boca Raton, FL 33433 | Dr. Norris is expected to testify within his medical field as to his care and treatment of Matthew Pollow, Matthew Pollow's condition on April 2, 2014, his examination, treatment, and assessment of Matthew Pollow. |

| **FACT WITNESSES** | **TESTIFY TO:** |
|---|---|
| 1.   Jean Pavlov<br>c/o Nicholas C. Johnson, Esq.<br>Cohen Milstein Sellers & Toll, PLLC<br>2925 PGA Boulevard Suite 200<br>Palm Beach Gardens, FL 33410 | Mrs. Pavlov is expected to testify to the events leading up to and immediately after the subject shooting on April 2, 2014, the character of her son, the impact the loss of her son has had on her life and family, and any other matters discussed in her deposition. |
| 2.   Jan Pavlov<br>c/o Nicholas C. Johnson, Esq.<br>Cohen Milstein Sellers & Toll, PLLC<br>2925 PGA Boulevard Suite 200 | Mr. Pavlov is expected to testify to the character of his stepson, the impact the loss of his stepson has had on his life, and any other matters discussed in his deposition. |
| 3.   Jessica Pollow<br>c/o Nicholas C. Johnson, Esq.<br>Cohen Milstein Sellers & Toll, PLLC<br>2925 PGA Boulevard Suite 200<br>Palm Beach Gardens, FL 33410 | Ms. Pollow is expected to testify regarding the events that occurred immediately after the subject shooting.  Ms. Pollow is also expected to testify to the character of her brother, and the impact the loss of her brother has had on her life and her family. |
| 4.   Meghan Pollow<br>c/o Nicholas C. Johnson, Esq.<br>Cohen Milstein Sellers & Toll, PLLC | Ms. Pollow is expected to testify to the character of her brother, the impact the loss of her brother has had on her life and her |

2925 PGA Boulevard Suite 200
Palm Beach Gardens, FL 33410

family, any other matters discussed in her deposition.

5.  Evan Rosenthal
    c/o Summer Barranco, Esq.
    Purdy, Jolly, Giuffreda & Barranco, P.A.
    2455 East Sunrise Blvd. Suite 1216
    Ft. Lauderdale, FL 33304

Mr. Rosenthal is expected to testify regarding the events that occurred prior to the subject shooting, as well as the subject shooting.   He is also expected to give testimony regarding his actions leading up to and subsequent to the subject shooting, and any other matters discussed in his deposition.

6.  Ric L. Bradshaw
    c/o Summer Barranco, Esq.
    Purdy, Jolly, Giuffreda & Barranco, P.A.
    2455 East Sunrise Blvd. Suite 1216
    Ft. Lauderdale, FL 33304

Mr. Bradshaw is expected to testify regarding the policies and procedures of the Sheriff's Department, the investigation, and ratification of the shooting death of Matthew Pollow.

7.  D/S Ronald Cercy #9461
    c/o Palm Beach County Sheriff's Office
    3228 Gun Club Road
    West Palm Beach, FL 33406

Deputy Cercy is expected to testify regarding his observations upon arrival and while at the scene, his involvement with the investigation into the subject shooting, and any other matters discussed in his deposition.

8.  D/S Moore # 17619
    c/o Palm Beach County Sheriff's Office
    3228 Gun Club Road
    West Palm Beach, FL 33406

Deputy Moore is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

9.  Sergeant Richter # 7925
    c/o Palm Beach County Sheriff's Office
    3228 Gun Club Road
    West Palm Beach, FL 33406

Sergeant Richter is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting, and any other matters discussed in his deposition.

10. Sergeant Meloy # 9156
    c/o Palm Beach County Sheriff's Office
    3228 Gun Club Road
    West Palm Beach, FL 33406

Sergeant is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

11. D/S Jensen # 9582
    c/o Palm Beach County Sheriff's Office
    3228 Gun Club Road
    West Palm Beach, FL 33406

Deputy Jensen is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject

shooting.

12. D/S C. Jacobs # 9190
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy Jacobs is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

13. D/S Hegland # 15529
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy Hegland is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

14. D/S Vera # 17619
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy Vera is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

15. D/S Gutierrez # 8839
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy Gutierrez is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

16. D/S Ruffa # 9429
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy Ruffa is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

17. D/S Jares # 12468
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy Jares is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

18. Detective Iris Campbell # 7452
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Detective Campbell is expected to testify regarding her observations upon arrival and while at the scene, including all information obtained while acting as lead detective throughout the investigation into the subject shooting, and any matters discussed during her deposition.

19. Detective Sean Oliver # 6938
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road

Detective Oliver is expected to testify regarding his interviews with responding members of Palm Beach County Fire

West Palm Beach, FL 33406 — Rescue, and his overall involvement with the investigation into the subject shooting.

20. D/S Jose Martinez # 7501
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy Martinez is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

21. D/S Oragene #7760
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy Oragene is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

22. Detective Christopher Neuman # 7055
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Detective Neuman is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

23. Sergeant John Cover # 3837
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Sergeant Cover is expected to testify regarding his observations, actions, review of evidence, and his investigation into the subject shooting.

24. Lieutenant William Brannin
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Lieutenant Brannin is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting, and his actions, review of evidence, and his role in the investigation into the subject shooting.

25. Lieutenant Pedro Palenzuela # 6073
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Lieutenant Palenzuela is expected to testify regarding his observations, actions, review of evidence, and his role in the investigation into the subject shooting.

26. Captain Mark Alexander #4723
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Captain Alexander is expected to testify regarding his observations, actions, review of evidence, and his role in the investigation into the subject shooting.

27. Major Frank DeMario # 6189
c/o Palm Beach County Sheriff's Office

Major Demario is expected to testify regarding his observations upon arrival and

3228 Gun Club Road
West Palm Beach, FL 33406

while at the scene, including his involvement with the investigation into the subject shooting, and his role in the investigation into the subject shooting.

28.   Colonel James Stormes # 2558
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Col. Stormes is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting, and his role in the investigation into the subject shooting.

29.   D/S King #5572
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Deputy King is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

30.   Sergeant Richard McAfee #5838
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Sergeant McAfee is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

31.   Sergeant Sluth #4116
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Sergeant Sluth is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting.

32.   Chief Deputy Michael Gauger #1314
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Chief Deputy Gauger is expected to testify regarding his actions, review of evidence, and role in the investigation into the subject shooting.

33.   Dispatcher Midori Robbins #7722
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Ms. Robbins is expected to testify regarding communications with Boca Raton Emergency Operations, her phone conversation with Matthew Pollow, communications between officers and dispatch, officer locations and other identifying information.

34.   CSI Amy Oetinger #8372
c/o Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

CSI Oetinger is expected to testify regarding her observations and actions upon arriving and while at the subject scene, protocol for processing a crime scene and collecting

evidence as well as her participation in the investigation of the subject shooting.

| | | |
|---|---|---|
| 35. | CSI Mary Bain #8119<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | CSI Bain is expected to testify regarding her observations and actions upon arriving and while at the subject scene, protocol for processing a crime scene and collecting evidence as well as her participation in the investigation of the subject shooting. |
| 36. | CSI Danielle Bronson #7937<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | CSI Bronson is expected to testify regarding her observations and actions upon arriving and while at the subject scene, protocol for processing a crime scene and collecting evidence as well as her participation in the investigation of the subject shooting. |
| 37. | Crime Scene Manager Sharon Rachlin #6079<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | Crime Scene Manager Rachlin is expected to testify regarding her observations and actions upon arriving and while at the subject scene, protocol for processing a crime scene and collecting evidence as well as her participation in the investigation of the subject shooting. |
| 38. | CSI Angela Weissman #6589<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | CSI Weissman is expected to testify regarding her observations and with regard to photographing and collecting the bullet from the bumper of a white BMW, protocol for processing a crime scene and collecting evidence as well as her participation in the investigation of the subject shooting. |
| 39. | Michael Lieutenant Wingate #3770<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | Lieutenant Wingate is expected to testify regarding his observations upon arrival and while at the scene, including his/her involvement with the investigation into the subject shooting. |
| 40. | Jimmy Palma #9684<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | Mr. Palma is expected to testify regarding the protocol utilized for testing and identifying evidence as it relates to firearms along with the results which were recorded in his Firearms Report. |
| 41. | Joseph Cathey | Mr. Cathey is expected to testify regarding |

c/o Palm Beach County Fire Rescue
405 Pike Road
West Palm Beach, FL 33411

his observations at the subject scene, Matthew Pollow's injuries, condition, and the care and treatment rendered.

42. Eric Feierabend
c/o Palm Beach County Fire Rescue
405 Pike Road
West Palm Beach, FL 33411

Mr. Feierabend is expected to testify regarding his observations at the subject scene, Matthew Pollow's injuries, condition, and the care and treatment rendered.

43. Pete Ramos
c/o Palm Beach County Fire Rescue
405 Pike Road
West Palm Beach, FL 33411

Mr. Ramos is expected to testify regarding his observations at the subject scene, Matthew Pollow's injuries, condition, and the care and treatment rendered.

44. Terry McCabe
c/o Palm Beach County Fire Rescue
405 Pike Road
West Palm Beach, FL 33411

Mr. McCabe is expected to testify regarding his observations at the subject scene, Matthew Pollow's injuries, condition, and the care and treatment rendered.

45. Jason Alexander
c/o Palm Beach County Fire Rescue
405 Pike Road
West Palm Beach, FL 33411

Mr. Alexander is expected to testify regarding his observations at the subject scene, Matthew Pollow's injuries, condition, and the care and treatment rendered.

46. Bill Frasier
c/o State Attorney's Office
401 North Dixie Highway
West Palm Beach, FL 33401

Mr. Frasier is expected to testify regarding his observations upon arrival and while at the scene of the subject shooting.

47. Michael Waites
c/o State Attorney's Office
401 North Dixie Highway
West Palm Beach, FL 33401

Mr. Waites is expected to testify regarding his observations upon arrival and while at the scene.

48. Mark Anderson
c/o State Attorney's Office
401 North Dixie Highway
West Palm Beach, FL 33401

Mr. Anderson is expected to testify regarding his observations, actions, review of evidence, and his role in the investigation into the subject shooting.

49. Brian Fernandes
c/o State Attorney's Office
401 North Dixie Highway
West Palm Beach, FL 33401

Mr. Fernandes is expected to testify regarding his observations upon arrival and while at the scene, his observations, actions, review of evidence, and his role in the investigation into the subject shooting.

50. Dave Aronberg

Mr. Aronberg is expected to testify regarding

| | | |
|---|---|---|
| | c/o State Attorney's Office<br>401 North Dixie Highway<br>West Palm Beach, FL 33401 | his actions, review of evidence, his role in the investigation and justification of the subject shooting. |
| 51. | Barry Krischer<br>c/o State Attorney's Office<br>401 North Dixie Highway<br>West Palm Beach, FL 33401 | Mr. Krischer is expected to testify regarding his actions, review of evidence, and his role in the investigation of the subject shooting. |
| 52. | Harold Ruslander<br>Forensic Investigator<br>Palm Beach County Medical Examiner's Office<br>3126 Gun Club Road<br>West Palm Beach, FL 33406 | Mr. Ruslander is expected to testify regarding his observations upon arrival and while at the scene, including the information contained within his investigation report. |
| 53. | Jeannette Llera<br>23144 Post Gardens Way #505<br>Boca Raton, FL | Ms. Llera is expected to testify regarding the events she observed immediately prior to and subsequent to the subject shooting. |
| 54. | Jason Kessler<br>23108 Post Gardens Way #218<br>Boca Raton, FL | Mr. Kessler is expected to testify regarding the events he observed immediately prior to and subsequent to the subject shooting. |
| 55. | Jennifer Cohen<br>23108 Post Gardens Way #218<br>Boca Raton, FL | Ms. Cohen is expected to testify regarding the events she observed immediately prior to and subsequent to the subject shooting. |
| 56. | Cristina Gudino<br>23054 Post Gardens Way #406<br>Boca Raton, FL | Ms. Gudino is expected to testify regarding the events she observed immediately prior to and subsequent to the subject shooting. |
| 57. | David Beckman<br>23055 Post Gardens Way #113<br>Boca Raton, FL | Mr. Beckman is expected to testify regarding the events he observed immediately prior to and subsequent to the subject shooting. |
| 58. | Gina Lee<br>23055 Post Gardens Way #119<br>Boca Raton, FL | Ms. Lee is is expected to testify regarding the events she observed immediately prior to and subsequent to the subject shooting. |
| 59. | Laurence Miller, Ph.D.<br>399 Camino Gardens Blvd.<br>Plaza Four, Suite 101<br>Boca Raton, FL 33432 | Dr. Miller is expected to testify regarding Mr. Rosenthal's condition, his examination, care, treatment, and assessment of Mr. Mr. Rosenthal. |
| 60. | Moise P. Thidas | Mr. Thidas is expected to testify regarding |

|  |  |  |
|---|---|---|
|  | 23108 Post Gardens Way<br>Boca Raton, FL | the events he observed immediately prior to and subsequent to the subject shooting. |
| 61. | Captain Matt Eisenberg<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | Captain Eisenberg is expected to testify regarding his observations upon arrival and while at the scene, including his/her involvement with the investigation into the subject shooting. |
| 62. | Kristen A. Crossen<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | Ms. Crossen is expected to testify regarding the information she received and who she received it from in order to send the staff page notification regarding the subject shooting. |
| 63. | Capt. Robert Brown<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | Captain Brown is expected to testify regarding his observations upon arrival and while at the scene, including his involvement with the investigation into the subject shooting, and any conversations he had wherein he received the information which he relayed to Ms. Crossen. |
| 64. | Rhonda Houlahan ID# 8808<br>c/o Palm Beach County Sheriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | Ms. Houlahan is expected to testify regarding her knowledge of investigation into the shooting of Matthew Pollow, including, but not limited to, any and all correspondence with investigating detectives, and the policies, procedures, and protocols of Central Records. |
| 65. | Carter Conrad<br>Computer Forensics, LLC<br>1880 N. Congress Avenue<br>Suite 333<br>Boynton Beach, FL 33426 | Mr. Conrad is expected to testify regarding his attempts to access data from Defendant Rosenthal's cellphone and any information retrieved therefrom. |

Pavlov v. Bradshaw, et. al.<br>
Case No.:<br>
Page 11

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

s/NICHOLAS C. JOHNSON
NICHOLAS C. JOHNSON (Florida Bar No.: 041227)
Email:  njohnson@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:   (561) 515-1401
Attorneys for Plaintiff

### SERVICE LIST

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Blvd.
Suite 1216
Ft. Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Palm Beach Sheriff's Office and Evan Rosenthal