UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:15-cv-80521-DMM

JEAN PAVLOV, individually and as Personal
Representative of the Estate of MATTHEW POLLOW,
deceased, for the benefit of Jean Pavlov, surviving
parent, and the Estate of MATTHEW POLLOW,

       Plaintiff,

v.

RIC L. BRADSHAW, in his official capacity as Sheriff
of Palm Beach County, Florida; and Deputy EVAN
ROSENTHAL, in his individual capacity,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.2 (f) (2), Plaintiff hereby notifies the Court that the parties have reached a settlement agreement during Mediation held on January 20, 2016. Plaintiff will file the necessary Notice of Dismissal once the settlement documents are executed.

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

       s/NICHOLAS C. JOHNSON
       NICHOLAS C. JOHNSON (Florida Bar No.: 041227)
       Email:  njohnson@cohenmilstein.com
       Cohen Milstein Sellers & Toll, PLLC
       2925 PGA Boulevard, Suite 200

*Cohen Milstein Sellers & Toll, PLLC*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone:  (561) 515-1400  Facsimile (561) 515-1401*

Pavlov v. Bradshaw, et. al.
Case No.: 9:15-cv-80521-DMM
Page 2

Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
Attorneys for Plaintiff

## SERVICE LIST

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Blvd.
Suite 1216
Ft. Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Palm Beach Sheriff's Office and Evan Rosenthal