UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:15-cv-80521-DMM

JEAN PAVLOV, individually and
as Personal Representative of the
Estate of MATTHEW POLLOW, deceased,
for the benefit of Jean Pavlov, surviving parent,
and the Estate of MATTHEW POLLOW
        Plaintiffs,
vs.
RIC L. BRADSHAW, in his official capacity
as Sheriff of Palm Beach County, Florida;
and Deputy EVAN ROSENTHAL, in his individual capacity,
        Defendants.

     _____Defendants_____/

## REPORT OF MEDIATED SETTLEMENT CONFERENCE

The above styled case was mediated on January 20, 2016, before Theodore A. Deckert, pursuant to LCvR 16.2, SDFL and Chapter 44, Florida Statutes, in West Palm Beach, FL.

Plaintiff and Plaintiff's Counsel Nicholas Johnson, Esq. and Stephan LeClainche, Esq. appeared. Defendant Rosenthal, Defendant Bradshaw's Representatives Lt. Andrew Cavanagh and Sgt. John Hennessey and Defense Counsel Summer Barranco, Esq. appeared.

The mediation was concluded and full settlement was reached.

I HEREBY CERTIFY that the above is a true and accurate description of the result of the ADR process and counsel of record for all parties have received a copy of this report by electronic delivery via email.

Dated: January 20, 2016.   Respectfully Submitted,

                s/Theodore A. Deckert
                Theodore A. Deckert (Florida Bar Number: 210560)
                Ted@matrixmediation.com
                Matrix Mediation, LLC
                1655 Palm Beach Lakes Blvd., Suite 700
                West Palm Beach, Florida 33401
                Ph.  -  561-340-3500
                Fax -  561-242-2821
                Mediator